BEFORE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 7/12/2011

CRIMINAL CAUSE FOR PLEADING (via Video Conference)

DOCKET # 10cr10          Defendant # 5

CASE: USA v. Domenico Cutaia

COUNSEL: Michael Rosen & Thomas Braun (via video conference)

AUSA: Rachel Nash

COURT REPORTER: Holly Driscoll

X      CASE CALLED FOR PLEADING.

X      DEFT SWORN.

X      DEFENDANT ENTERS A PLEA OF GUILTY TO COUNT 5 the superseding indictment (s-6)

X      COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNT 5 of the superseding indictment..

X      SENTENCE DATE: TO BE SET AFTER PROBATION REPORT COMPLETE

X      Exhibits: Court's 1 ( plea agreement signed by AUSA Rachel Nash, Supervisor Amy Busa & defendant's attorney Michael Rosen. Court's 1a ( plea agreement signed by defendant Domenico Cutaia & attorney Thomas Braun).

Time in Court: 45 minutes